UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Gregory Wade Brooks, II, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-20-485 |
| | § | |
| District Attorney's Office, et al., | § | |
| | § | |
| Defendants. | § | |

## Opinion on Final Dismissal

Gregory Wade Brooks, II, says that the defendants are violating his due process rights by prosecuting him. Brooks says that the charges against him are false. Brooks did not pay the $400 filing fee but moved to proceed as a pauper.

Brooks has three strikes entered against him and may not proceed as a pauper. Brooks alleges that he is in imminent danger of serious physical injury because of his pending criminal cases. Brooks does not offer more facts than a conclusory statement that he is in danger. Brooks may only continue with his case if he pays the $400 filing fee.

The complaint is dismissed without prejudice.

Signed at Houston, Texas, on _____Feb. 24_____, 2020.

_____
Lynn N. Hughes
United States District Judge